IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS ZALAR AND<br>CAROL ZALAR<br><br>V.<br><br>PROPERTY AND CASUALTY<br>INSURANCE COMPANY OF<br>HARTFORD, RJMW CLAIMS<br>SERVICES, AND SARAH SHORT | § § § § § § § § § | Civil Action No. 4:09-cv-01400 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs Thomas Zalar and Carol Zalar and Property & Casualty Insurance Company of Hartford ("Hartford"), Reid, Jones, McRorie & Williams, Inc. ("RJMW") (incorrectly named as RJMW Claims Services), and Sarah Short ("Short"), who, pursuant to a settlement agreement executed by Plaintiffs, now jointly move this Court for the entry of an order dismissing all of Thomas Zalar's and Carol Zalar's claims in the captioned lawsuit against Defendants Hartford, RJMW, and Short, with prejudice, with each party to bear its own costs.

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: /s/ Christopher W. Martin
　　Christopher W. Martin
　　State Bar No. 13057620
　　Martin R. Sadler
　　Texas Bar No. 00788842
　　Ethan D. Carlyle
　　State Bar No. 24031794
　　808 Travis Street, Suite 1800
　　Houston, Texas 77002
　　Telephone: (713) 632-1700
　　Facsimile: (713) 222-0101

ATTORNEYS-IN-CHARGE FOR DEFENDANTS

PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD, RJMW CLAIMS
SERVICES, AND SARAH SHORT

THE MOSTYN LAW FIRM

By: /s/ Steve Mostyn by permission Ethan Carlyle
    J. Steve Mostyn
    Texas State Bar No. 00798389
    Philip M. Kanayan
    Texas State Bar No. 24026897
    Federal Bar No. 883458
    3810 West Alabama
    Houston, Texas 77027
    Telephone (713) 861-6616
    Facsimile (713) 861-8084

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS
THOMAS ZALAR AND CAROL ZALAR**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served via the Court's CM/ECF system on this the 25th day of February, 2010 to:

The Mostyn Law Firm
J. Steve Mostyn
Philip M. Kanayan
200 Westcott
Houston, Texas 77007

    /s/ Christopher W. Martin
    Christopher W. Martin

2